UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PATRICIA KATZ, ) ) Plaintiff, ) ) v. ) ) SPINEFRONTIER, INC., ) ) Defendant. ) ) | Civil Action No. 15-11730-RWZ |

**STIPULATION OF DISMISSAL**

1. Plaintiff Patricia Katz and Defendant SpineFrontier, Inc. hereby agree and stipulate to dismissal of this case with prejudice, waiving all rights of appeal and with each party to bear its own costs and fees.

2. The parties agree and stipulate that the U.S. Food and Drug Administration did not find SpineFrontier in violation of 21 C.F.R. sec. 820.65 or 21 C.F.R. sec. 821.20.

|  |  |
|---|---|
|  | Respectfully submitted, |
| PATRICIA KATZ | SPINEFRONTIER, INC., |
| By her attorneys, | By its attorneys, |
| */s/ Thomas M. Greene* | */s/ Daniel J. Dwyer* |
| Tomas M. Greene (BBO # 210020) | Daniel J. Dwyer (BBO # 567026) |
| Michael Tabb (BBO # 491310) | Shawn Lu, Esq. (BBO # 679755) |
| Ryan P. Morrison (BBO # 680238) | Elizabeth A. Murphy, Esq. (BBO # 688086) |
| Tucker D. Greene (BBO # 682943) | MURPHY & KING, P.C. |
| GREENE LLP | One Beacon Street, 21st Fl. |
| One Liberty Square, Suite 1200 | Boston, MA 02108 |
| Boston, MA 02109 | Tel.: (617) 423-0400 |
| (617) 261-0040 | Fax: (617) 423-0498 |
| E-mail: tgreene@greenellp.com | E-mail: ddwyer@murphyking.com |
| E-mail: matabb@greenellp.com | E-mail: slu@murphyking.com |
| E-mail: rmorrison@greenellp.com | E-mail: emurphy@murphyking.com |
| E-mail: tucker.greene@greenellp.com |  |

Dated: September 30, 2016

*715668*

## CERTIFICATE OF SERVICE

    I, Daniel J. Dwyer, hereby certify that a copy of the foregoing was served electronically to all counsel of record registered with the CM/ECF system and by U.S. mail to all parties not currently registered with CM/ECF system.

                                      /s/ *Daniel J. Dwyer*
                                      Daniel J. Dwyer

Dated: September 30, 2016